# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOE BETHUNE,**                                                      **PLAINTIFF**

VS.                             **4:22-CV-00537-BRW**

**SCOTT, et al.**                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of August, 2022.

                                                \_\_\_\_\_BILLY ROY WILSON_____
                                                UNITED STATES DISTRICT JUDGE